```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SHEPARD EXPOSITION SERVICES, etc., )<br>)<br>Defendant. )<br>_____) | NO.  C 07 2984 EDL<br><br>CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C., Section 636 (c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consents to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated:   June 19, 2007         ERSKINE & TULLEY

                               By: /s/ Michael J. Carroll
                                   Michael J. Carroll
                                   Attorneys for Plaintiff

CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE