1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10

   NORTHWEST ADMINISTRATORS, INC.,    )   NO. C 07 2984 EDL
11                                     )
                      Plaintiff,       )
12                                     )
           vs.                         )   NOTICE OF
13                                     )   VOLUNTARY DISMISSAL
   SHEPARD EXPOSITION SERVICES, etc.,  )
14                                     )
                      Defendant.       )
15  _____)

16         Notice is hereby given that plaintiff dismisses the

17  above entitled action without prejudice pursuant to Federal Rule

18  of Civil Procedure 41, and all dates relating to this case

19  should be taken off the Court's calendar including the Case

20  Management Conference set for September 11, 2007.

21  Dated: June 19, 2007          ERSKINE & TULLEY

22
                              By: /s/ Michael J. Carroll
23                                Michael J. Carroll
                                  Attorneys for Plaintiff
24

25

26

27

28
                    NOTICE OF VOLUNTARY DISMISSAL